UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For a Petty Offense)-- Short Form |
| | CASE NUMBER: 3:08mj352/MD |
| LINDA D. HENSLEY | |
| | AFPD THOMAS KEITH |
| | Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13 and F.S.S. 322.34(1) | Driving With a Suspended License Without Knowledge | 8/29/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than February 18, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 1/27/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-27-2009